United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 23, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-40796
Conference Calendar

BENSON WATTA WANAMBISI,

                              Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

                              Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:05-CV-138
--------------------

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

    Benson Watta Wanambisi, federal prisoner # 04013-265,
appeals the dismissal of his 28 U.S.C. § 2241 habeas petition
challenging his conviction and sentence for conspiracy to import
heroin into the United States.  Wanambisi contends that his
sentence is unconstitutional in light of United States v. Booker,
543 U.S. 220 (2005).

    Because Wanambisi challenges errors that occurred at
sentencing, the claim may not be asserted in a § 2241 petition.
See Padilla v. United States, 416 F.3d 424, 426-27 (5th Cir.

--------------------

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2005).  Insofar as he has suggested that he is entitled to proceed under § 2241 based on the "savings clause" of 28 U.S.C. § 2255, because relief under the latter section is "inadequate or ineffective," such suggestion is unavailing.  Id. at 427.  The district court's judgment is AFFIRMED.  Wanambisi's motion to supplement the record is DENIED.